IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DAVID CALAIACOVO,

                Defendant.

20-CR-199-LJV

## INFORMATION
(Title 18, United States Code, Sections 2252A(a)(5)(B))

### COUNT 1

**The United States Attorney Charges That:**

On or about June 27, 2019, in the Western District of New York, and elsewhere, the defendant, DAVID CALAIACOVO, did knowingly possess, and access with intent to view, material, that is: (1) a Dell Dimension B110 Tower (serial number 0YD5447082166G41N7) and (2) a Toshiba Satellite L645D (serial number YA053651W) with Installed Hard Drive Seagate Momentus XT (model ST750LX003_750GB_W200L3RS_Product of China) that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## FORFEITURE ALLEGATION

**The United States Attorney Charges That:**

Upon conviction of the offense alleged in Count 1 of this Information, the defendant, DAVID CALAIACOVO, shall forfeit to the United States of America any property which contains a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2252A(a)(1), and any and all property, real and personal, used, and intended to be used to commit and to promote the commission of such offense, pursuant to Title 18, United States Code, Section 2253(a)(3), and all property traceable to such property, including but not limited to the following:

(1) a Dell Dimension B110 Tower (serial number 0YD5447082166G41N7); and

(2) a Toshiba Satellite L645D (serial number YA053651W) with Installed Hard Drive Seagate Momentus XT (model ST750LX003_750GB_W200L3RS_Product of China)

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Buffalo, New York, May 10, 2021.

                        JAMES P. KENNEDY, JR.
                        United States Attorney

BY: _____
        CHARLES M. KRULY
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716-843-5838
        Charles.Kruly@usdoj.gov