UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                        20-CR-199-V

DAVID CALAIACOVO,

      Defendant.

---

## **PRELIMINARY ORDER OF FORFEITURE**

**WHEREAS** on May 10, 2021, the defendant, DAVID CALAIACOVO, pled guilty to a one-count Information, charging a violation of Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography involving a prepubescent minor or minor who had not attained 12 years of age), and

**WHEREAS** from the defendant's conviction on this count and from his admission in the written plea agreement that certain property is subject to forfeiture, the government has established the requisite nexus between the property and the offense committed by the defendant, and therefore the following property is subject to forfeiture:

    a. One (1) Dell Dimension Model B110 Computer Tower, Serial No. 0YD5447082166G41N7; and
    b. One (1) Toshiba Satellite Model L645D Laptop Computer, Serial No. YA053651W with Installed Hard Drive Seagate Momentus XT (model ST750LX003_750GB_W200L3RS)

**NOW, THEREFORE,** pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) and Title 18, United States Code, Sections 2253(a)(1) and (a)(3) and the incorporated procedures of Title 21, United States Code, Section 853, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(c) and (e) through (p), the above listed property and/or any interest therein is hereby condemned and forfeited to the United States of America and shall be disposed of according to law; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that this Order shall serve as a judgment in favor of the United States of America regarding any and all of the defendant's right, title, and interest in the above described property. The property is hereby condemned and forfeited to the United States of America and shall be disposed of according to law, and the United States of America shall seize the aforementioned property, and shall protect the interests of the Government in the property ordered forfeited, by providing a copy of this Order to any person or entity that has possession of, or jurisdiction over, the forfeited interests and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession of the property; and it is further

**ORDERED, ADJUDGED,** and **DECREED,** pursuant to Title 21, United States Code, Section 853(h), that following the seizure of the property ordered forfeited, the Attorney General, through the United States Attorney's Office and/or any other duly

authorized federal agency, shall direct the disposition of the property, making due provision for the rights of any innocent persons; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, may direct, and provide notice that any person other than the defendant having or claiming a legal interest in the above forfeited property must file a petition with the court within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition: (1) shall request a hearing to adjudicate the validity of the petitioner's alleged interest in the property; (2) shall be signed by the petitioner under penalty of perjury; (3) shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property; and (4) shall state any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any of the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified; and it is further

**ORDERED, ADJUDGED, AND DECREED** that if a Final Order of Forfeiture is issued concerning the subject property, the Department of Homeland Security and/or any other duly authorized federal agency shall dispose of the forfeited property according to law; and it is further

**ORDERED, ADJUDGED, AND DECREED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

**SO ORDERED.**

DATED:   May 13, 2021.
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE