# EXHIBIT A

To ALL OF MY VICTIMS:                    DAVID CALAIACOVO

I realize That by Looking at Disgusting images of child Pornography on-line I have Victimized ALL OF You And I am very Ashamed of Myself. The Pain I must have Caused you For my Self-gratification must Be overwhelming. I want you To Know That I am Praying For you And I am deeply Sorry For Hurting you. I hope You are getting The Necessary Treatment You need And deserve. In addition, I want You To know That due To my very Poor Decision To view Child Pornography, which I Take Full Responsibility For, I am also grateful To you As I am now in a Treatment Program That will help me overcome This addiction. Moreover I am now learning New Skills That will help me Elevate humanity in my community And around The World

I want To Also Apologize To my daughter Gina And The Rest of my Family, Friends, and everyone Associated With The West Seneca School District. My actions caused them Tremendous Pain And embarrassment. Not a day goes By That I don't Think of Them And my heart aches For all The suffering

# EXHIBIT B

































regret and















# EXHIBIT C



SAINT MARK'S CHURCH

December 31, 2020

To Whom It May Concern,

While David Calaiacovo and his family have been long time parishioners, I have only known him for the two years that I have been pastor of St. Mark's.  I find him to be a sincere person of faith.  His actions have cost him his family ties and many friends.  David has continued to attend services regularly.

St. Mark's and the Episcopal Diocese of Western New York issued a letter on the 5th of July 2019 requesting that all our members cooperate fully with the ongoing investigation into David's actions.

I will continue to keep David and everyone involved in these proceedings in my prayers.

Sincerely,

Rev. John A. Marshall, M Div., SPC
Rector

**DR. SCOTT G. ISAKSEN**
**6 GRAND VIEW TRAIL**
**ORCHARD PARK, NEW YORK   14127**
HOME: 716-667-1443      OFFICE: 716-667-1324      CELL: 716-818-5179

December 2, 2020

Mr. David Calaiacovo
4148 Wayfare Court
Hamburg, New York   14075

Dear David,

I have provided a letter of support for you below and hope this helps.

To Whom It May Concern:

I have known David for over 10 years, primarily through our membership at St. Mark's Episcopal Church in Orchard Park. Having worked with David on the leadership committee for our Capital Campaign, as well as on the Search and Transition Committee for a new Rector for our church, I have witnessed his commitment to building and supporting an active Christian community here in Orchard Park. These were both very long-term commitments.

In all our interactions, David has demonstrated a willingness to take his responsibilities seriously and act in a professional manner. He has been an excellent collaborator and someone I have come to trust to meet his commitments.

Sincerely,

Dr. Scott G. Isaksen
Founder and CEO, The Creative Problem Solving Group, Inc.
Professor II, BI, The Norwegian Business School

November 22, 2020

To whom it may concern,

My husband Lance and I are retired school teachers. My husband Lance taught art for the Iroquios School District for 28 years and I taught special education with Erie 2 BOCES for the same amount of time. We have been members of St. Mark's Church in Orchard Park for approximately 38 years. We have known David for many of those years. We got to know David in more recent years through our Meet and Greet Group at Church. Members of our church would get together each month to attend a social event. Sometimes these events where held at some ones home, but most times it was to attend a movie, a play, a tour or a musical event with dinner afterwards at a restaurant.

We would also see and speak with David at coffee hour after church, monthly Soup Sundays and during special programs at our church. David participated and supported many things offered at our church. David was always pleasant and comfortable to be with. It was obvious that he enjoyed his church family. He was a good listener and showed interest and concern for others.

We haven't seen as much of David in the past couple of years since he started attending the 8:00 service. As part of the Outreach Committee at church, we do see David when we have our monthly donations to a charitable organization. David always has some things to donate. He continues to show that he is a giving and caring person.

Sincerely,

Lance & Sandy Crawford

The Assembly of the State of New York Commends

# David Calaiacovo

**Psychologist**
**Allendale Elementary School**
**West Seneca Central School District**

*Thank you for your dedication and commitment in keeping*
*the students of the West Seneca Central School District calm and safe*
*during the winter storm of January 2017.*

*January 5, 2017*

Michael P. Kearns
Member of Assembly, 142nd

Dear Dave,

—————————————————
CONGRATULATIONS
—————————————————

on this happy achievement.

Hope you enjoy yourself,

because you deserve it!

Sincerely,

Debbie Ahson

It was wonderful to work with you in the district. Your judgement was well trusted. Best wishes for a well deserved retirement that has also

If you time for your daughter and all the many sports endeavors.

:)

Dave,

It's hard to believe you are actually retiring!
Remember all those cases we dealt with? Geeze,
gives it's mind boggling! You helped a lot of
kids get the help they needed. That's a pretty
cool legacy, if you ask me.

So now you have lots of time to do that
you want, when you want, if you want.
(cool giving... feel a little jealous!
I hope you enjoy the days to no end
of your new freedom and relaxation.
(sorry, you've earned it)!
It's been a pleasure working with you (a will
you, Dave. You leave big shoes to fill)
that's for sure!

Sincerely,
Marie C.

**EXHIBIT D**

I call to remembrance my song in the night.

Psalm 77:6

David!

God is with you today
and always.

Praying for You.

E'ver in our
thoughts and prayers,
S.E.Marks Family

Hello David,

I just the need to reach out to you. I let you know you are wished well of heart and mind. Also to let you know, I just wishes well. Maybe in being sent your way.

Take Care

Darlene Hoffman

*My flesh and my heart may fail, but God is the strength of my heart and ... ver.*

PSAL...

Daniel,

praying for you & your family. Stay healthy

# EXHIBIT E



**SAINT MARK'S CHURCH**

December 31, 2020

To Whom It May Concern,

While David Calaiacovo and his family have been long time parishioners, I have only known him for the two years that I have been pastor of St. Mark's. I find him to be a sincere person of faith. His actions have cost him his family ties and many friends. David has continued to attend services regularly.

St. Mark's and the Episcopal Diocese of Western New York issued a letter on the 5th of July 2019 requesting that all our members cooperate fully with the ongoing investigation into David's actions.

I will continue to keep David and everyone involved in these proceedings in my prayers.

Sincerely,

Rev. John A. Marshall, M Div., SPC
Rector

**DR. SCOTT G. ISAKSEN**
**6 GRAND VIEW TRAIL**
**ORCHARD PARK, NEW YORK    14127**
HOME: 716-667-1443      OFFICE: 716-667-1324      CELL: 716-818-5179

December 2, 2020

Mr. David Calaiacovo
4148 Wayfare Court
Hamburg, New York    14075

Dear David,

I have provided a letter of support for you below and hope this helps.


To Whom It May Concern:


I have known David for over 10 years, primarily through our membership at St. Mark's Episcopal Church in Orchard Park. Having worked with David on the leadership committee for our Capital Campaign, as well as on the Search and Transition Committee for a new Rector for our church, I have witnessed his commitment to building and supporting an active Christian community here in Orchard Park. These were both very long-term commitments.


In all our interactions, David has demonstrated a willingness to take his responsibilities seriously and act in a professional manner. He has been an excellent collaborator and someone I have come to trust to meet his commitments.



Sincerely,

Dr. Scott G. Isaksen
Founder and CEO, The Creative Problem Solving Group, Inc.
Professor II, BI, The Norwegian Business School

November 22, 2020

To whom it may concern,

My husband Lance and I are retired school teachers. My husband Lance taught art for the Iroquios School District for 28 years and I taught special education with Erie 2 BOCES for the same amount of time. We have been members of St. Mark's Church in Orchard Park for approximately 38 years. We have known David for many of those years. We got to know David in more recent years through our Meet and Greet Group at Church. Members of our church would get together each month to attend a social event. Sometimes these events where held at some ones home, but most times it was to attend a movie, a play, a tour or a musical event with dinner afterwards at a restaurant.

We would also see and speak with David at coffee hour after church, monthly Soup Sundays and during special programs at our church. David participated and supported many things offered at our church. David was always pleasant and comfortable to be with. It was obvious that he enjoyed his church family. He was a good listener and showed interest and concern for others.

We haven't seen as much of David in the past couple of years since he started attending the 8:00 service. As part of the Outreach Committee at church, we do see David when we have our monthly donations to a charitable organization. David always has some things to donate. He continues to show that he is a giving and caring person.

Sincerely,

*Lance & Sandy Crawford*

Lance & Sandy Crawford

**EXHIBIT F**

Hello David,

I just the need to reach out to you. To let you know you are wished peace & best and mine. Also to let you know, Just wishes me in doing Buyer in doing best your way.

God Bless

Barbara Holtzman

Darrick!

God is with you today and always

Praying for You.

You are loved in our thoughts and prayers.

S T Marsh Family

I call to remembrance my song in the night.
Psalm 77:6

Daniel,

Praying for you! your family. Glenn McG____

My fl___ and my heart may} il,
but God is the strength of my heart...
___ was...

PSA...

# EXHIBIT G

# PUPIL SERVICES PERFORMANCE APPRAISAL

The Pupil Services Performance Appraisals will be conducted for those individuals who serve in the capacity of District Psychologists, Social Workers, Speech Pathologists, Speech Teachers, Counselors, Physical Therapists, Physical Therapy Assistants, Occupational Therapists and Occupational Therapy Assistants.

Building principals and building assistant principals will have the option of evaluating the Pupil Services Personnel that they see regularly within their buildings, if a principal or assistant principal requires additional support with their building observations, the District Directors, District Administrators or the Assistant Superintendent of Pupil Services will be utilized to complete these observations.

It is expected that all individuals associated with Pupil Services will be given the opportunity to have a pre-evaluation meeting with the administrator who will conduct the appraisal. During the pre-evaluation meeting the form will be reviewed and the Pupil Services provider will have an opportunity to present evidence aligned to the indicators on the appraisal form. The Pupil Services provider may wish to share evidence aligned to the indicators up and until May 15th. On May 15th, all evidence and artifacts aligned to the indicators within a performance appraisal shall be submitted to the evaluator for consideration.

It is expected that the individual associated with Pupil Services and the administrator will agree upon the date and time for an observation. It is expected that the final appraisal will be completed prior to the end of the school year and that there is sufficient time to review the artifacts and evidence aligned to the specific indicators in the appraisal form before the form is completed.

A meeting will be scheduled to review the ratings in the appraisal form prior to the end of the school year. During this meeting, the administrator will provide written feedback regarding the strengths and areas of need on the approved form. These recommendations may include: any specific actions recommendation by the administrator, attendance at a workshop, reading professional articles or any other source which may assist the Pupil Services provider.

Evaluations to be included in the Pupil Services Provider's personnel file in the central office shall be signed by the individual and evaluator signifying that the report has been seen and read. Copies of the reports will be provided to employees in accordance with the process developed by the Committee.

For individuals who receive 20% of their appraisal ratings in the area of ineffective or developing, the administrator will work collaboratively with the Pupil Services provider to develop a Pupil Personnel Improvement Plan. (See form at the end of this document.)

*Please sign + return 1 copy*

*Thanks*

*Brin*

| PPS Position | 20% of the ratings that result in a PPS improvement the number of indicators each PPS provider | | |
|---|---|---|---|
| Psychologist | | | |
| Speech Pathologist/Speech Teacher | | | |
| Social Worker | | | |
| School Counselor | | | |
| Occupational Therapist | | | |
| Occupational Therapist Assistant | | | 4 |
| Physical Therapist | | | 4 |
| Physical Therapist Assistant | | | 4 |

28

# SCHOOL PSYCHOLOGIST

**D. Overall Rating (Check one)**

| | |
|---|---|
| School Psychologist's performance meets the needs and expectation of the District. | x |
| School Psychologist's performance does not meet the needs and expectations of the District. | |

## E. Summative Comments and Plan for Further Growth

1. **Areas of Strength:** Comments on specific strengths of the psychologist. - It was a pleasure meeting with and reviewing the work Mr. Caiaiacovo has engaged in during the school year. Mr. Caiaiacovo is an active and professional member of the Response to Intervention teams both at Potters Road Elementary and Allendale Elementary.  Mr. Caiaiacovo also gets involved with building and District committees.  He is currently on the "Transition" team for Potters Road and the district's Safety committee.  Mr. Caiaiacovo also takes student interns and provides them with careful mentoring and coaching throughout the year.  Mr. Caiaiacovo and I also discussed an article by Douglas Reeves - "The Case Against the zero" and we also discussed the growing literature around the Growth Mindset".

2. **Specific Suggestions or Measures:** Statement of performance and responsibilities needing improvement, including actions to be taken by the psychologist. These actions should also include specific recommendations to the psychologist of observation opportunities, workshops, materials available through the school, and any other sources, which may assist the teacher.

   It shall be the responsibility of the evaluator and the psychologist to establish and agree upon a length of time within which identified deficiencies will be corrected prior to the next observation - evaluation.

3. **Psychologist's Comments:**

   I am pleased by the opportunity of having Mr. Graham conduct my evaluation. I found the information that he shared with me to be very informative and useful. I plan on sharing this information with my building teams and student interns. I appreciate Mr. Graham's guidance and support.

## PROFESSIONAL GROWTH GOALS

Goals listed here are by mutual agreement of the School Psychologist and the Reviewer.

For the 2015-16 academic school year, I would like to become familiar with and proficient in administering the new WISC-V.

_____   Psychologist's Signature
                           Administrator's Signature

_____
Date

31

# SCHOOL PSYCHOLOGIST PERFORMANCE COMPONENTS

## PART A - ASSESSMENT SKILLS

1. Assesses the student strengths and weaknesses by conducting thorough appropriate psychoeducational and behavioral assessments:
   -Conducts evaluations within a reasonable time frame while balancing other district responsibilities and priorities.
   -Collects relevant data for an evaluation that includes the use of valid and reliable instruments and techniques.
   -Conducts psychoeducational evaluations for a variety of purposes including intellectual functioning, academic achievement, social-emotional, physical and adaptive functioning.

2. Demonstrates the knowledge of assessment procedures and tools and utilizes a variety of evaluative techniques:
   -Appropriately administers test/measures as outlined in test manuals
   -Accurately scores test and measures
   -Uses a wide variety of appropriate procedures/tools to gather information relative to the referral issue.

3. Makes appropriate recommendations to building staff:
   -Follows state regulations in making recommendations regarding classification and program placement to the Committee on Special Education
   -Recommends appropriate remedial measures or program adjustments.
   -Makes recommendations to building and 504 teams.

4. Prepares and submits required psychoeducational reports that are clear, concise and easily understood in a timely manner:
   -Reports emphasize interpretation of test data and recommendations that offer appropriate interventions to the student and family
   -Writes reports that are easily understood by parents and teachers

5. Obtains and/or utilizes information about the student's background by reviewing pertinent educational records:
   -records include review of cumulative folder, anecdotal record, report cards, social history, etc.

6. Knows and understands New York State regulations:
   - pertaining to general and special education (part 100, part 200). -Understands and complies with laws, regulations, policies and practices pertaining to special and general education (IEP, 504, RTI, etc).

7. Conducts classroom observations as part of the assessment process when appropriate:
   -Obtains information regarding how the student functions in a large group situation

## PART B - CONSULTATION SKILLS

1. Is available to meet and communicate effectively with parents and school staff:
   -Seeks out communication with teachers and parents.
   -Asks and answers questions to offer home/classroom strategies -Demonstrates effective communication skills.
   -Attends parent/teacher conferences when appropriate.

2. Confers with parents and explains results of psychoeducational evaluation in a clear concise manner:
   -Meets with parents upon completion of testing to discuss and explain what each test measures and offers an interpretation of the results using appropriate terminology that the parent/guardian is easily able to understand
   -Appropriately answers parent questions and provides home intervention strategies when appropriate

3. Attends building-based team meetings, interprets assessment results and offers intervention strategies to teachers/staff in a clear concise manner:
   -Is able to clearly relate test results, interpretations and observations to other staff members using appropriate terminology so all members clearly understand the information -Intervention strategies are tied to the unique needs of the student and/or situation.

4. Consults with outside agencies when appropriate:
   -Seeks out the services of appropriate community agencies as they relate to student and/or family situations

5. Devises and monitors behavior management programs when appropriate:
   -Develops behavior management programs and monitors response to intervention.

6. Serves as a resource to faculty, staff and families:
   -Makes self available as a source of information to answer questions, offer strategies and information.

7. Provides counseling and/or crisis intervention services as needed:
   conduct individual and group counseling, crisis intervention services as caseload allows given other district responsibilities and priorities.

## PART C - PROFESSIONAL SKILLS & RESPONSIBILITIES

1. Implements district and building polices:
   -Knows and understands policies and procedures -Follow district and building procedures
   -Chairs building and district CPSE, CSE & 504 committees

2. Utilizes suggestions for improvement and accepts constructive criticism designed to effect professional improvement:
   -Accepts and acts upon constructive suggestions
   -Seeks assistance when needed

3. Shows evidence of cooperation with teachers, colleagues and other staff:
   -Shares ideas, materials and techniques with others -Participates with group planning activities -Works well with administration and staff

4. Demonstrates willingness and ability to devise and conduct staff inservices, positive interventions and parent education:
   -Participates in group presentations to parents and staff to broaden their knowledge base relating to educational effectiveness.

5. Utilizes the expertise of other school personnel when appropriate: -Consults with other staff and seeks advice from appropriate professionals or organizations when necessary

6. Child advocacy:
   -Acts as advocate for the rights and welfare of students and their families.

7. Shows evidence of ongoing professional development:
   -Attends conferences, workshops (online, in person), completes independent study and collaborates with peers in an effort to stay current and evaluate own effectiveness.

| CATEGORY | 4 (Highly Effective) | 3 (Effective) | 2 (Developing) | 1 (Ineffective) |
|---|---|---|---|---|
| Body of Work | A minimum of 6 artifacts are included in the "Body of Work" and a minimum of one will be aligned to each of the domains. These artifacts serve as evidence that the psychologist addresses each of the domains throughout their body of work in a school year. | A minimum of one artifact is included in the "Body of Work" and aligned to each of the domains. These artifacts serve as evidence that the psychologist addresses each of the domains throughout their body of work in a school year. | Artifacts are included in the "Body of Work" for most of the domains. These artifacts serve as evidence that the psychologist addresses some of the domains throughout their body of work in a school year. | Artifacts are included in the "Body of Work" for a few or none of the domains. These artifacts should serve as evidence that the psychologist addresses the domains throughout their body of work in a school year but there was little to no evidence presented. |

# PUPIL SERVICES PERFORMANCE APPRAISAL SCHOOL PSYCHOLOGIST

School Psychologist Dave Calaiacovo
Administrator Brian Graham
Date of Appraisal 2/5/16

The West Seneca Central School District and the West Seneca Teacher's Association recognize that the Annual
Professional Performance Review Process will comply with the Collective Bargaining Agreement between

| A. Assessment Skills | Highly Effective | Effective | Developing | Ineffective | Comments |
|---|---|---|---|---|---|
| 1. Assesses the student difficulties by conducting thorough appropriate psycho-educational and behavioral assessments. | X | | | | |
| 2. Demonstrates the knowledge of assessment procedures and tools and utilizes a variety of evaluative techniques. | X | | | | |
| 3. Makes appropriate recommendations to building staff and to the CSE. | X | | | | |
| 4. Keeps abreast of new developments in the area of assessment and diagnostic practices. | X | | | | |
| 5. Prepares and submits required psychoeducational reports that are clear, concise and easily understood by colleagues and staff in a timely manner. | X | | | | |
| 6. Obtains and/or utilizes information about the student's background by reviewing the social history. | X | | | | |
| 7. Knows and understands NYS regulations pertaining to Special Education. | X | | | | |
| 8. Conducts classroom observations as part of the assessment process when appropriate. | X | | | | |
| 9. SAMPLES submitted to support competence. | | | | | |

| B. Consultation Skills | Highly Effective | Effective | Developing | Ineffective | Comments |
|---|---|---|---|---|---|
| 1. Is available to meet and communicate effectively with parents and school staff. | X | | | | |
| 2. Confers with parents of children experiencing difficulties in school and explains results of psychoeducational evaluations in a clear concise manner. | X | | | | |
| 3. Attends child study team (AIS Team) and other staff meetings and interprets assessment results to teachers and other staff in a clear concise manner. | X | | | | |
| 4. Consults with outside agencies when appropriate. | X | | | | |

## SCHOOL PSYCHOLOGIST

| B. Consultation Skills | Highly Effective | Effective | Developing | Ineffective | Comments |
|---|---|---|---|---|---|
| 5. Devises and monitors behavior management programs when appropriate. | X | | | | |
| 6. Serves as a resource to faculty and staff. | X | | | | |
| 7. SAMPLES submitted to support competence. | X | | | | |

| C. Professional Skills | Highly Effective | Effective | Developing | Ineffective | Comments |
|---|---|---|---|---|---|
| 1. Implements district policies. | X | | | | |
| 2. Utilizes suggestions for improvement and accepts constructive criticism designed to effect professional development. | X | | | | |
| 3. Shows evidence of cooperation with teachers, colleagues and other staff. | X | | | | |
| 4. Demonstrates willingness and ability to devise and conduct staff inservices, positive youth development interventions and parent education. | X | | | | |
| 5. Utilizes the expertise of other school personnel when appropriate. | X | | | | |
| 6. Advocates appropriately and constructively for children. | X | | | | |
| 7. Engages in other supporting roles within the building that further enhances specific initiatives or proactive programs associated with student growth and achievement. | X | | | | |
| 8. SAMPLES submitted to support competence. | X | | | | |

## SCHOOL PSYCHOLOGIST

| D. Overall Rating (Check one) | |
|---|---|
| School Psychologist's performance meets the needs and expectation of the District. | x |
| School Psychologist's performance does not meet the needs and expectations of the District. | |

### E. Summative Comments and Plan for Further Growth

1. **Areas of Strength:** Comments on specific strengths of the psychologist. – It was a pleasure meeting with and reviewing the work Mr. Calalacovo has engaged in during this school year. Mr. Calalacovo is an active and professional member of the Response to Intervention at Allendale Elementary. Mr. Calalacovo also gets involved with building and District committees (Safety, Lighthouse and RTI). Mr. Calalacovo also takes student interns and provides them with careful mentoring and coaching throughout the year. Mr. Calalacovo and I also discussed the latest data from NYSED regarding the percentage of students with special education needs serviced in programs outside of the District.

2. **Specific Suggestions or Measures:** Statement of performance and responsibilities needing improvement, including actions to be taken by the psychologist. These actions should also include specific recommendations to the psychologist of observation opportunities, workshops, materials available through the school, and any other sources, which may assist the teacher.

   It shall be the responsibility of the evaluator and the psychologist to establish and agree upon a length of time within which identified deficiencies will be corrected prior to the next observation - evaluation.

3. **Psychologist's Comments:**

   I Appreciate The opportunity of meeting with Mr. Graham for My Evaluation. I found The information to Tackid About To Be Very helpful. I Appreciate Mr. Graham's Guidance And support.

### PROFESSIONAL GROWTH GOALS

Goals listed here are by mutual agreement of the School Psychologist and the Reviewer.

I hope To order The New WISC-V For Sept. 2016 And Become Proficient in its use

_____
Psychologist's Signature

_____
Administrator's Signature

Date

# SCHOOL PSYCHOLOGIST PERFORMANCE COMPONENTS

## PART A - ASSESSMENT SKILLS

1. Assesses the student strengths and weaknesses by conducting thorough appropriate psychoeducational and behavioral assessments:
   -Conducts evaluations within a reasonable time frame while balancing other district responsibilities and priorities.
   -Collects relevant data for an evaluation that includes the use of valid and reliable instruments and techniques.
   -Conducts psychoeducational evaluations for a variety of purposes including intellectual functioning, academic achievement, social-emotional, physical and adaptive functioning.

2. Demonstrates the knowledge of assessment procedures and tools and utilizes a variety of evaluative techniques:
   -Appropriately administers test/measures as outlined in test manuals
   -Accurately scores test and measures
   -Uses a wide variety of appropriate procedures/tools to gather information relative to the referral issue.

3. Makes appropriate recommendations to building staff:
   -Follows state regulations in making recommendations regarding classification and program placement to the Committee on Special Education
   -Recommends appropriate remedial measures or program adjustments.
   -Makes recommendations to building and 504 teams.

4. Prepares and submits required psychoeducational reports that are clear, concise and easily understood in a timely manner:
   -Reports emphasize interpretation of test data and recommendations that offer appropriate interventions to the student and family
   -Writes reports that are easily understood by parents and teachers

5. Obtains and/or utilizes information about the student's background by reviewing pertinent educational records:
   -records include review of cumulative folder, anecdotal record, outside or previous assessments, report cards, social history, etc.

6. Knows and understands New York State regulations:
   -pertaining to general and special education (part 100, part 200). -Understands and complies with laws, regulations, policies and practices pertaining to special and general education (IEP, 504, RTI, etc).

7. Conducts classroom observations as part of the assessment process when appropriate:
   -Obtains information regarding how the student functions in a large group situation

## PART B - CONSULTATION SKILLS

1. Is available to meet and communicate effectively with parents and school staff:
   -Seeks out communication with teachers and parents.
   -Asks and answers questions to offer home/classroom strategies -Demonstrates effective communication skills.
   -Attends parent/teacher conferences when appropriate.

2. Confers with parents and explains results of psychoeducational evaluation in a clear concise manner:
   -Meets with parents upon completion of testing to discuss and explain what each test measures and offers an interpretation of the results using appropriate terminology that the parent/guardian is easily able to understand
   -Appropriately answers parent questions and provides home intervention strategies when appropriate

3. Attends building-based team meetings, interprets assessment results and offers intervention strategies to teachers/staff in a clear concise manner:
   -Is able to clearly relate test results, interpretations and observations to other staff members using appropriate terminology so all members clearly understand the information -Intervention strategies are tied to the unique needs of the student and/or situation.

4. Consults with outside agencies when appropriate:
   -Seeks out the services of appropriate community agencies as they relate to student and/or family situations

5. Devises and monitors behavior management programs when appropriate:
   -Develops behavior management programs and monitors response to intervention.

6. Serves as a resource to faculty, staff and families:
   -Makes self available as a source of information to answer questions, offer strategies and information.

7. Provides counseling and/or crisis intervention services as needed: -conduct individual and group counseling, crisis intervention services as caseload allows given other district responsibilities and priorities.

## PART C - PROFESSIONAL SKILLS & RESPONSIBILITIES

1. Implements district and building polices:
   -Knows and understands policies and procedures -Follow district and building procedures
   -Chairs building and district CPSE, CSE & 504 committees

2. Utilizes suggestions for improvement and accepts constructive criticism designed to effect professional improvement:
   -Accepts and acts upon constructive suggestions
   -Seeks assistance when needed

3. Shows evidence of cooperation with teachers, colleagues and other staff:
   -Shares ideas, materials and techniques with others -Participates with group planning activities -Works well with administration and staff

4. Demonstrates willingness and ability to devise and conduct staff inservices, positive interventions and parent education:
   -Participates in group presentations to parents and staff to broaden their knowledge base relating to educational effectiveness.

5. Utilizes the expertise of other school personnel when appropriate: -Consults with other staff and seeks advice from appropriate professionals or organizations when necessary

6. Child advocacy:
   -Acts as advocate for the rights and welfare of students and their families.

7. Shows evidence of ongoing professional development:
   -Attends conferences, workshops (online, in person), completes independent study and collaborates with peers in an effort to stay current and evaluate own effectiveness.

| CATEGORY | 4 (Highly Effective) | 3 (Effective) | 2 (Developing) | 1 (Ineffective) |
|---|---|---|---|---|
| Body of Work | A minimum of 6 artifacts are included in the "Body of Work" and a minimum of one will be aligned to each of the domains. These artifacts serve as evidence that the psychologist addresses each of the domains throughout their body of work in a school year. | A minimum of one artifact is included in the "Body of Work" and aligned to each of the domains. These artifacts serve as evidence that the psychologist addresses each of the domains throughout their body of work in a school year. | Artifacts are included in the "Body of Work" for most of the domains. These artifacts serve as evidence that the psychologist addresses some of the domains throughout their body of work in a school year. | Artifacts are included in the "Body of Work" for a few or none of the domains. These artifacts should serve as evidence that the psychologist addresses the domains throughout their body of work in a school year but there was little to no evidence presented. |

# PUPIL SERVICES PERFORMANCE APPRAISAL
## SCHOOL PSYCHOLOGIST

**School Psychologist** Dave Calaiacovo
**Administrator** Holly Quinn
**Date of Appraisal** __5/5/17__

The West Seneca Central School District and the West Seneca Teacher's Association recognize that the Annual Professional Performance Review Process will comply with the Collective Bargaining Agreement between the parties.

| A. Assessment Skills | Highly Effective | Effective | Developing | Ineffective | Comments |
|---|---|---|---|---|---|
| 1. Assesses the student difficulties by conducting thorough appropriate psycho-educational and behavioral assessments. | X | | | | Dave is a true professional. His expertise is a tremendous asset to our school. He demonstrates the knowledge of assessment procedures and tools and utilizes a variety of evaluative techniques. |
| 2. Demonstrates the knowledge of assessment procedures and tools and utilizes a variety of evaluative techniques. | X | | | | |
| 3. Makes appropriate recommendations to building staff and to the CSE. | X | | | | |
| 4. Keeps abreast of new developments in the area of assessment and diagnostic practices. | X | | | | |
| 5. Prepares and submits required psychoeducational reports that are clear, concise and easily understood by colleagues and staff in a timely manner. | X | | | | |
| 6. Obtains and/or utilizes information about the student's background by reviewing the social history. | X | | | | |
| 7. Knows and understands NYS regulations pertaining to Special Education. | X | | | | |
| 8. Conducts classroom observations as part of the assessment process when appropriate. | X | | | | |
| 9. SAMPLES submitted to support competence. | X | | | | |

| B. Consultation Skills | Highly Effective | Effective | Developing | Ineffective | Comments |
|---|---|---|---|---|---|
| 1. Is available to meet and communicate effectively with parents and school staff. | X | | | | He is very communicative with our families and our staff. He meets with them to review these results and provides them with valuable information. |
| 2. Confers with parents of children experiencing difficulties in school and explains results of psychoeducational evaluations in a clear concise manner. | X | | | | |
| 3. Attends child study team (AIS Team) and other staff meetings and interprets assessment results to teachers and other staff in a clear concise manner. | X | | | | |
| 4. Consults with outside agencies when appropriate. | X | | | | |

1

# SCHOOL PSYCHOLOGIST

**D. Overall Rating (Check one)**

| | |
|---|---|
| School Psychologist's performance meets the needs and expectation of the District. | X |
| School Psychologist's performance **does not** meet the needs and expectation of the District. | |

**E. Summative Comments and Plan for Further Growth**

1. **Areas of Strength**: Comments on specific strengths of the psychologist.

Dave's dedication to our students and families is evident through his participation in our building events and as a member of our building RTI Team. He demonstrates the knowledge of assessment procedures and tools and utilizes a variety of evaluative techniques as well as assesses the student's difficulties by conducting appropriate psycho-educational and behavioral assessments. His knowledge and understanding of assessment results enables him to make critical decisions that support students.

2. **Specific Suggestions or Measures**: Statement of performance and responsibilities needing improvement, including actions to be taken by the psychologist. These actions should also include specific recommendations to the psychologist of observation opportunities, workshops, materials available through the school, and any other sources, which may assist the teacher.

   It shall be the responsibility of the evaluator and the psychologist to establish and agree upon a length of time within which identified deficiencies will be corrected prior to the next observation – evaluation.

3. **Psychologist's Comments**:

**PROFESSIONAL GROWTH GOALS**

Goals listed here are by mutual agreement of the School Psychologist and the Reviewer.

_____ Psychologist's Signature

_____ Administrator's Signature

5/8/17 _____ Date

2

# EXHIBIT H







# EXHIBIT I

never stop working with grad students- you are incredible at it and don't even realize it. You are a constant in my crazy life- for that I am so grateful. It takes a special kind of person to share their space and work life with a stranger. Thanks again, Merry Christmas

Rachel

Dear Dave,

Thank you so much for everything. I have learned so much this semester and I am so grateful for the opportunities you have provided. I am really going to miss working with you. Please I

going to use everything I learned during my internship - which is in Anchorage! I move in three months - we have to do lunch before I leave

Thanks again for everything!

- Rachel

Hey Mr. C!

I hope everything is going well! I miss working with you and Sean - things are definitely different at Niagara Falls! I just wanted to thank you again for everything you did for me

Dave,

I cannot thank you enough for having me as your practicum student. I learned a great deal from you and really enjoyed my experience. Your expertise helped me grow in so many ways and I am forever greatful. I hope I will have the opportunity to work with you again in the future.

---

Mr. Calaiacovo,

Thank you for giving me so many great opportunities this semester and making me feel welcome! You've been so helpful and I believe I have learned a lot under your supervision. I am excited to take what I've learned and apply it in future experiences.

Thank you,
Kelsey Osborne

Dear Dave,

It's a wonderful time of year!
Merry Christmas

12/17/12

I can't thank you enough. I had such a wonderful practicum experience and couldn't have asked for a better supervisor. Thank you for all your support + guidance this semester. I hope you and your family have a wonderful holiday season. Take care + keep in touch!

Best,
Yulia

Dave,

I feel like the amount of guidance and knowledge I recieved from you this semester cannot be conveyed in words! I have cherished my time under your supervision at Attendale. I am very grateful for the rich education and experience you provided me with.

You have been so generous with your time. You have also been a wonderful example of a School Psychologist who excels in their profession. Thank you for even you have given me. I couldn't have asked for a better supervisor.

Sincerely, Steph Konig

Spring 2013

Dave,

Thank you so much for everything this semester! You taught me an incredible amount over the semester and I am so grateful for this experience. I really appreciate all the different opportunities you have given me!

Good luck with the rest of the year + Please don't hesitate to get ahold of me next year if Gina needs help with the college process!!

Best-
Kelsey

---

Mr. Dave Catalacovo,

Thank you for allowing me to see what a School Psychologist's role is like within the elementary level. Many people look to you for answers and direction and I hope to be that highly regarded when I am in practice. You lend a listening ear to all in need and do your best to put the puzzle pieces together to help the little students grow. I am very grateful for all the experiences you provided and for allowing me to branch out to observe other positions who work closely with the School Psychologist. I have learned so much in the time that I have been here. I am grateful for your patience, kindness and thoughtful guidance as I learned new assessments and adapted to the new elementary school environment.

Thank you,
Betsy

I am very grateful that I had the opportunity to work with you and learn so much from you this semester. You have guided me through my strengths and weaknesses and have critiqued me in order to become a better school psychologist. You are a true inspiration and role model both as a school psychologist and an individual. Thank you for everything and best wishes!

Dave,

Wishing you a light filled Christmas
that warms your heart and fills
your home with peace and joy!

Merry Christmas & Happy New Year!

From, Michelle Switzer

Dave,

Thank you very much for a great Semester. I have truly enjoyed my time at Allendale and appreciate all of the expirience I've gained. Thanks again for making my 1st practicum placement a positive expirience.

-Katelynn

Dave,

What a wonderfully busy semester! Our time together was such an amazing experience. All of your hard work and time spending me and providing me with so many valuable experiences will stick with me forever. I expect to see all of the effort and the time you gave up to provide such a rich educational picture in me. You are a very knowledgeable soul. Brightest and most grateful. Cannot express how much I learned from you and is not enough to share. You know how much I took it through and my career & future.

Thank you!

You're the best!

Thanks Again for everything!

— Michele Ciaravella



Thanks for all
your work!
Bridget Hier

We are so grateful for your
service to our students!
Rebecca Vujinovic

The faculty of the MA/AC program in
School Psychology is indebted to our practicum
internship supervisors for the significant
contribution they make to the training of
our students. Thank you so much!

We appreciate all you do!
Amanda Nickerson

Thank you!
Michelle Leichtman

Thank you for all the
work! G my fabulous

Thanks so much for all you do

EXHIBIT J



EXHIBIT K

## RECENT NEWS

**The return of LEMONADE on the LAWN** — As our church attendance is now growing with the loosening of Covid-19 restrictions and the large number of vaccinated parishioners, LEMONADE on the LAWN is taking place after the 10am service. We are able to enjoy the opportunity to gather together in an outdoor setting.

**The Wednesday Eucharist** with Scripture study began again on Wednesday at the new time of 9.30am, in the All Saint's Chapel.

**Book Club** takes place "in person" every Wednesday at 11a.m. in the Martz Room

### Thank YOU!!   The Ulman Cancer 4K



Well, we've done it again!  The 28 runners and cyclists, who were hosted by the St. Mark's family, were so appreciative for all that we did for them.  On arrival they were provided with wonderful gift bags filled with goodies that would help them on their way.  They had some cold drinks and some snacks, and then searched for a cool place they could sleep later that night.

Then, at about 6:00 PM they were invited to have a Buffalo-Styled dinner along with some great healthy options.  As they entered the Undercroft, you could hear them say: "Wow!"  Evidently they've had to rough it a bit along their way, so when they

saw the food, and all the tables set up so beautifully they knew they were in a good place!

Before delving into the food, Father Jack welcomed them, and called upon the Honorable John Mills, who provided a Western New York welcome. Mills also presented two Erie County Proclamations – one to St. Mark's for all the important outreach we do, and another to the Ulman Foundation for the great work they do to support those youth and families affected by cancer.

We enjoyed some wonderful media coverage from the SUN and the BEE newspapers!

On Tuesday morning, Gabrielle Mediak, a reporter for News 4, arrived at St. Mark's at 4:45 AM and provided a series of live coverage stories for the Wake Up Program, and then provided a story that was shared on News 4 at 5:57 PM. You can see the story by clicking on Gabrielle's Facebook page:

https://www.facebook.com/100057699353758/posts/238996988033611/?d=n

The runners and cyclists invited folks from St. Mark's to join them in their dedication circle ceremony that was very touching and meaningful. One of the cyclists actually dedicated their day to the people of St. Mark's!

WELCOME BAGS. Jane Pigut, and her team of Sue McGarry, Pat Burgess, and Misty Burney made sure they had great St. Mark's welcome bags! Thanks also to Donna Stillman and Karen Chiantella for contributing goodies, as well as Pat Watson of Buffalove Apparel and Blend Smoothies for donating the Buffalo Masks.

BUFFALO-THEMED DINNER. Lance and Sandy Crawford led the team of: Jan and John Bos, Charlene and Bill Nitterauer, Scott and Marves Isaksen, Claire and Peter Ross, Barbara and Mike Hannitz, Jane Pigut, Sue McGarry, Bev Rice, and Jim and Donna Stillman. This team worked to provide donated food and drink and to ensure the young folks had a great dinner on Monday night and a healthy breakfast on Tuesday morning. Also, thanks are due to:

Pat Burgess' grandchildren: Dylan and Morgan – who helped set up the Undercroft for the meals.

Chicken Wings (in short supply) were donated by Melissa Romenello, owner, and Abby Prior, Chef at the Old Orchard Inn.

Sallie Foote, Sandy and Lance Crawford and Barbara Goetzmann provided the Dilly Bars for dessert.

We were so lucky that Sandy and Charlene have such great experiences with planning wonderful parties!!

**SHOWERS.** After dinner, the Ulman folks were welcome to take showers at Orchard Park Middle School. Many thanks for arranging this are sent to William Bosinski, Director of Facilities at Orchard Park Central Schools.

**OTHER DONATIONS.** Other donations were provided by: Pat Burgess, Cheri Cook, Marilyn Culkowski, Bob Dowrey, Barbara Goetzmann, Bonnie Guido, Sheila Held, David Matthewson (famous mac and cheese), Stacey Miner, and Peg & Chuck Stoddard.

Thank you to all who donated anonymously! Some folks just dropped items off or made donations to the Ulman Foundation.

Many thanks are also due to Dee Jakel for arranging the TV coverage by Gabrielle.

All in all, this was an outreach event for St. Mark's that we can all be happy about. It fit our goal of meeting the needs for those challenged by life's events, and was accomplished with a level of excellence we can all be proud of. For those of us who had the chance to meet and get to know these young folks, it was also inspirational!

Respectfully submitted,

Scott Isaksen & Fr. Jack

## RECENT NEWS

### The return of LEMONADE on the LAWN

As our church attendance is now growing with the loosening of Covid-19 restrictions and the large number of vaccinated parishioners, LEMONADE on the LAWN is taking place after the 10am service. We are able to enjoy the opportunity to gather together in an outdoor setting.

**The Wednesday Eucharist** with Scripture study began again on Wednesday at the new time of 9.30am, in the All Saint's Chapel.

**Book Club** takes place "in person" every Wednesday at 11a.m. in the Martz Room

## OUTREACH



### 4th of July Parade

A BIG thank you to those that donated, helped, and joined the fun. Even without the hotdogs and popcorn this year, what we gave was enjoyed and appreciated. So many people couldn't believe the snacks, cold water and juices we gave were free. We had an excellent turnout from St. Mark's and from the community. It felt like old times. The St. Mark's Shirts looked great on everyone too.



## OUTREACH



A huge thank you from Arcade Elementary and Delevan Elementary schools for the backpacks donated by St Mark's! The woman in Delevan was so thankful for all we do to support the children there, she was teary eyed. Your generosity makes such a huge difference in the lives of those in need and we appreciate all your support for the rural outreach program.

The food donated by St Mark's Outreach was a huge success and put the snack pack program in a great position for the start of the school year! Pastor Jack sends his thanks for our continued support!

**MASKS NEEDED**

We are collecting **children's masks** for **Windom Elementary**. There is a box in the church foyer for your donations.

Thank you!

**Genesis Center thanks St Mark's again for their generous donation to the food pantry in October!**



# OUTREACH



The collection of food for November will be for the children at Arcade Elementary and Middle Schools as well as Delavan Elementary school. This Thanksgiving holiday collection will provide meals for breakfast and lunch that would normally be received at school, as well as dinner through the children's time off from school. Below is a suggested list of items that could be helpful. Collection bins will be available downstairs through the side red doors.

Peanut butter (small plastic jars)
Jelly (small plastic jars)
Crackers Ritz or similar)
Mac and cheese (with powdered cheese)
Oatmeal (individual packets)
Tuna Fish
Cereal (small boxes or bags)
Pop tarts
Granola bars
Drink boxes
Hot chocolate (individual packets)
Pudding cups
Ramen Noodles
Envelope soup mix
Spaghetti-O's
Fruit cups
Pretzels (small bags)
Fruit leather (100% fruit)
Applesauce cups
Trail mix ( individual packages)
Raisins ( small individual Boxes)
Cereal bars
Microwave popcorn

Thank you in advance for your generosity in helping take care of families in need.

Outreach Committee

## OUTREACH

*To the generous hearts of St. Marks,*

*Thank you for the wonderful donations to the snack pack program – your contributions are greatly appreciated. We are now serving 75 kids!*

*God Bless You!*

*Yorkshire Free Methodist Church*

## MASKS NEEDED

We are collecting **children's masks** for **Windom Elementary**. There is a box in the church foyer for your donations.

Thank you!

## FORWARD DAY BY DAY

The new **FORWARD DAY BY DAY** for NOVEMBER, DECEMBER & JANUARY is now available on the communications table at the Potter Avenue entrance, as well as the table at the front door. Please advise if you still need a copy mailed and I will be happy to send to you. You can reach me by phone or text at 716-361-9841 or email jlpigut@roadrunner.com.   Jane Pigut

# MASKS NEEDED

We are collecting **children's masks** for **Windom Elementary.** There is a box in the church foyer for your donations.

Thank you!

# WINDOM ANGEL TREE



Many thanks to all who participated in the Windom Angel tree. The gifts were delivered to the school social worker on Monday. She was amazed at St.Mark's generosity and expressed her heartfelt thanks on behalf of the Windom School Community.

### From Keith Kristich:

In January I am hosting a 2-day online Centering Prayer Summit. The keynote speaker is an Episcopal Priest, and author of 20 books, Cynthia Bourgeault.

If you'd like to promote this event in any way, that would be wonderful! It's all about unpacking the meditation practice of centering prayer, a way of opening to our ever present oneness with God.

The link to the event is here: Centering Prayer Summit 2022 | Keith Kristich

This 2-day Summit on January 15 &16, features ten Centering Prayer leader-teachers on a variety of topics related to contemplative life and prayer with four centering prayer practice sessions throughout the weekend.

**Cynthia Bourgeault** will be the Keynote Speaker with Fr. Thomas Keating's nephew, Ted Jones.

## MISS YAVORNITZKI'S CHRISTMAS WISH LIST



## To my dear, Christmas Angels at St. Mark's,

My name is Kelly Yavornitzki and I am a Buffalo Public School Pre-Kindergarten teacher on the East side of Buffalo, NY.  My school is located in one of the most poverty-stricken/crime-ridden neighborhoods in the city. We also have a large refugee population. I am reaching out to St. Mark's to adopt us once again for Christmas.  Barbara Hanitz said she will place boxes in the hall downstairs labeled School #59 Annex/Pre-K for the collection. This year I have 7 girls and 10 boys. By Christmas, all of my students will have turned four. If you have any questions, please feel free to call me @ 936-4381 (cell) or at my school (816-4120). I thank you once again, in advance, for your beautiful Christmas Spirit. Looking forward to seeing everyone soon!

Gratefully yours,        Kelly Yavornitzki-School 59 Annex

A Street, Buffalo 14211

816-4120

| | |
|---|---|
| Mittens/scarves/hats | Flashcards (alphabet & numbers 1-20) |
| Socks/underwear(girls and boys) | Play-Doh |
| 8-packs of fat crayons | Kleenex |
| Kid scissors | Instant Antibacterial Soap |
| Large Picture Coloring Books | Tooth brushes |
| Sweatshirts with hoodies | Winter coats |

NOTE:  I am open to any ideas and love your creativity!

# Food collection





I would like to thank everyone for the tremendous support for the snack pack project for100 children who endure food insecurity. St. Mark's has always supported this outreach project and this time was no different. I also want to thank Nativity of Our Lord for the food they donated and to the community of Orchard Park that donated.

I had thought I explained the use of food as we donate to the rural community of Arcade but it seems that there is a bit of confusion.

We send food to the Elementary and Middle School in Arcade and the Elementary School in Delavan every 3 months where it is delivered weekly and placed in backpacks for those children for dinner during the week and breakfast, lunch and dinner over the weekend.

During the vacations we send food to replace the breakfast and lunch children would receive at school when in session as well as food for dinner.

**Roberta Grundtisch**

# *The Genesis Center*



## "Where We Love Our Neighbors"

### Collection for March is the
### Genesis Center

The Genesis Center thanks you all for what you do for them.

They are now in need of the following shelf stable items:

> **Fruit cups**
>
> **Juice boxes**
>
> **Pasta**
>
> **Instant mashed potatoes**
>
> **Chef Boyardee Cans**

We will be collecting these items now until **Sunday, March 6th**.

Please bring your items to St. Mark's Church and place them in the bins available downstairs under the coat rack. Thank you in advance for your generosity.

The Outreach Committee

## DON'T HAVE FACEBOOK? USE OURS

Go to the St. Mark's website at http://stmarksop.org and click the Facebook icon at the bottom of the page. It will give you the option 'Facebook Live.' Select 'Facebook Live' and it will take you to the Eucharist broadcast live at 10 am on Sundays.

The Sunday bulletins to follow the service, are available for those unable to attend the 10am service in person

## PRAYER SHAWLS AVAILABLE AT ST. MARK'S

### EACH ONE HAS BEEN SANITIZED AND PLACED IN A PLASTIC BAG

Please consider giving one to a loved one who is sick or in mourning.

They are a great comfort

I have PARTICIPATeD in The Prayer Shawl MINISTRy AT ST. MARK'S by giving Them To People who Are in Need of Comfort For Example, When I WAS STill Working, I gave Them To Two Female Colleagues who were dealing with Breast Cancer. Recently, I gave One To my Tax Accountant To give To his 90 year Mother who has Alzheimers. Each Time I give A Prayer Shawl To Someone, I make A Donation To The Prayer Shawl ministry AT ST. marks.

Dear David -

In this time of chaos and uncertainty, your pledge brings hope.

Thank you for your perfect gift to support St. Mark's for this year. Your generosity has encouraged and empowered the mission & ministry that we do together and is a tangible example of Christ's love alive in the world today.

I am thankful to God for your faithful support.

In Christ,

Donna Stillman

## DONATION RECEIPT
## HAMBURG MUTTS FOR FREEDOM INC.

Thank you for your donation to Hamburg Mutts for Freedom Inc.!!

A very generous donation of $50.00 *money order* was received

from David Calaiacovo on 1/30/22

We are very appreciative of your support.
Because of your kindness and generosity, dogs have been pulled
from death row. Their hearts are still beating because of you.

For your tax records our Tax Identification # is 81-4221692

Hamburg Mutts for Freedom Inc. acknowledges that no goods or
services were provided by our organization in return for this
contribution.

Our Sincere Thanks!!

Members of the Board of Directors
Hamburg Mutts for Freedom

♡ Thank you